# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOHNNY RAY MCCAIG                                                                    PLAINTIFF

V.                                    4:17CV00557-SWW-JTK

TIM RYALS, et al.                                                                    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's food and mold claims against Defendants are DISMISSED, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 23rd day of October, 2017.


                                                                                        `/s/Susan Webber Wright`
                                                                                        UNITED STATES DISTRICT JUDGE