IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNNY RAY MCCAIG                                                  PLAINTIFF

v.                  4:17CV00557-SWW-JTK

TIM RYALS, et al.                                                  DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED without prejudice, for failure to prosecute.

IT IS SO ADJUDGED this 13th day of February, 2018.

                                       /s/Susan Webber Wright
                                       UNITED STATES DISTRICT JUDGE